160 A.3d 548

CHOW

v.

BROWN

Pet. Docket No. 624, Sept. Term, 2016

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2109, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

160 A.3d 548

CLAYBROOKS, William J.

v.

BISHOP

Pet. Docket No. 563, Sept. Term, 2016

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2737, Sept. Term, 2015).

Petition for writ of certiorari denied.